fee paid SEA090759/summons /ss.

_____ FILED    _____ ENTERED
_____ LODGED _____ RECEIVED

**MAY 29 2018**    CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                              DEPUTY

UNITED STATES DISTRICT COURT
Western District of Washington

Herbie E. Martin (Plaintiff)

vs.

**18-CV-00781** RSL

No_____

(Defendants)
City of Mill Creek, Washington
Pam Pruitt (Defendant)
Mark Bond (Defendant)
Mike Todd (Defendant)
Brian Holtzclaw (Defendant)
Vince Cavaleri (Defendant)
Jared Mead (Defendant)
Rebecca Polizzotto  (Defendant)


Plaintiff/Defendants
County of Residence Snohomish, County – Washington

1

Plaintiff Attorney:
Pro Se Herbie Martin, Sergeant Frist Class –U.S. Army (Retired), M.A.P.S.
    Post Office Box 15165
    Mill Creek, WA 98082
    425.971.7678

Defendants Attorney:

                BASES OF DISCRIMINATION AND
                CLASSES PROTECTED

                DISCRIMINATION IN GENERAL

                RETALIATION PROTECTED

                COMPLAINT FOR RETALIATION FOR
                PARTICIPATION IN A PROTECTED
                ACTIVITY

                COMPLAINT DISCRIMINATION
                 BASED ON RETALIATION

                COMPLAINT FOR RACIAL
                DISCRIMINATION IN
                EMPLOYMENT

                COMPLAINT RACIAL
                DISCRIMINATION IN HIRING

                EMPLYMENT DISCRIMINATION
                ON BASIS OF RACE

Plaintiff alleges:

## JURISDICTION AND VENUE

1. This is a suit for declaratory judgment pursuant to 28 U.S.C. 2201 et seq., declaring and adjudging that the alleged unlawful employment practices in this complaint deprive and withhold from plaintiff rights secured by 42 U.S.C. 1983 and 42 U.S.C. 2000(e) et seq., and United States Constitution, Fourteenth Amendment. Discrimination in General 42 U.S.C. 1981 and Retaliation Protected 42 U.S.C.A. 2000e-3(a) M.G.L.A. c. 151B, 4(4) Bases of Discrimination and Classes Protected

2. This court has subject matter jurisdiction of this action under 28 U.S.C. 1331, 1343.

3. Venue is proper because the unlawful employment practices and discrimination in this complaint were and are being committed within the Western District of Washington.

4. Plaintiff Herbie E. Martin is an African-American citizen of the United States, over the age of 40, veteran with 20 years of faithful service to country, disabled service-connected U.S. Army veteran, highly educated – earned a Master's Degree, highly qualified applicant, protected activity, and a resident of the City of Mill Creek, Washington.

5. Defendants City of Mill Creek - Mill Creek, Washington 15728 Main Street Mill Creek, Washington 98012 – Majority of City of Mill Creek Council Board Members; six of the seven city council members and the City Manager of Mill Creek, WA were part of the recent court action in Snohomish – Superior Court – Snohomish County brought by the plaintiff in December 2017 and January 2018.

The interview for the vacant City of Mill Creek, Washington was conducted February 6, 2018 and based on the plaintiff's highly qualified application and the power vested with the City of Mill Creek Council members to conduct themselves for the best interest of the city and along the guidance of the City Manager of the City of Mill Creek, WA not their own personal agenda of selection an individual they felted similar with instead the best applicant the plaintiff. The actions of the Defendants City of Mill Creek Council members displayed to retaliate as part of human reaction.

The City of Mill Creek – Defendants six of the seven council members made a selection based on what is the most beneficial within a given socio-cultural context, and not what was best for the City of Mill Creek, Washington.

The Defendants City of Mill Creek Council Members and the City Manager of City of Mill Creek, WA, sincerely believe that they have done nothing wrong, or if they believe that their offensive behavior was somehow justified, they may begin to ruminate and desire retaliation.

The Defendants City of Mill Creek Council Members believe they are an A+ city while blocking access to individuals based on race openly on past, and present selecting processing system of race matter club, finding on the results and not the number of participations.

The lack of diversity within the City of Mill Creek, Washington psychological traits, perceptions of the organizational culture, and the lack of opportunities granted to others not of the same make-up of the current board members of the city.

Researchers have found that a variety of personality (the defendants) traits are associated with retaliation and similarly, authoritarian personalities people who placed a high value on status in group settings are predisposed to retaliate when offended, particularly if that offense is from someone of a subordinate status the (plaintiff).

Defamation – The law of defamation involves harm to a person's character. The defendants actions were sufficient to support a defamation claim because "defamatory language" may include gestures or actions. Gov't Micro Res., Inc. vs. Jackson, 271 Va.29(Va.2006)

Intentional Interference – The defendants acted for the purpose of causing the specific type of harm to the claimant. See Restatement Second of Torts 766-767 (1979).

The defendants actions of blacklisting – involves preventing or attempting to prevent one from obtaining employment. It shares characteristics both with defamation and with intentional interference with contractual relations.

6. The plaintiff was involved in protected activities filed an Equal Employment Opportunity Commission complaint in January 2015 against the City of Mill Creek, Washington and recently both in December 2017 and January 2018 lawsuit Washington Superior Court in Snohomish, County, reasonable elected city officials would have selected the plaintiff as a city council position for being highly qualified for the position. All the applicants applications was posted on the City of Mill Creek, Washington were all individuals could view all the current applicants applications, my application was head and shoulders above everyone else's the act of retaliation is equivalent to revenge I perceives unfair treatment by the defendants City of Mill Creek Council Board Members and City Manager of the City of Mill Creek, WA of passing me over like, I did not matter with all of my qualifications, all they saw the color of me and I did not matter based on past, present, and future unfair treatment. I am living with this adverse action taken by the defendants City of Mill Creek – Council Members of being highly qualified and denied my civil rights and protected activity status.

The basis of such "protected characteristics" as age, race, color, religion, gender, national origin, and disability, one person or group of person is treated differently from another person or group, either because of a personal characteristic, or because of conduct.

4

Title VII of the Civil Rights Act of 1964, Pub. L. No. 88-352, 78 Stat. 253 (1964). Civil Rights Act of 1991, Pub L. No 102-166, 105 Stat. 1074 (1991).

Age Discrimination in Employment Act of 1967, Piub. L. No. 90 – 202, 81 Stat. 602, as amended, 29 U.S.C.  621-634; to which particularly significant language was added by the Older Workers Benefits Protection Act, Pub. L. No. 101-433, 104 Stat. 978(1990).

Americans with Disabilities Act, Pub. L. No. 101-336, 104 Stat. 327 (1990), 42 U.S.C. 12101-12213.

Genetic Information Nondiscrimination Act of 2008, 42 U.S.C., 42 U.S.C. 2000ff to 2000ll.

Equal Opportunity Employment, Executive Order 11246, 30 Fed. Reg 12319 (1965) as amended.

All persons shall have the right to be free from discrimination on the basis of race, color, creed, national ancestry and sex in the hiring and promotion practices of any employer ..... These rights are enforceable without action by the General Assembly- the defendants violated my civil rights.

Federal Constitutional Protections
The Due Process and Equal Protection Clauses operate directly on governments as employers. Therefore, if the federal government or a state or local government chooses to prefer one group over another for hiring or promotion or retention, that government must be able to justify why it does so.
Washington v. Davis, 426 U.S.C. 229 (1976) held that a plaintiff can establish a prima facie case of discrimination under the Equal Protection Clause (and thus under the Due Process Clause of the Fifth Amendment) only by showing that the discrimination was intentional.
A second result is to make even more important the protections afforded public sector workers and job applicants by Title VII.

Title VII bans discriminatory practices under section 703(a), 42 U.S.C. 200e-2(a) by employers of 15 or more in at least 20 weeks of the relevant year, including state and local governments.

"Employee" sometimes includes prospective and former employees as well as present employees in order to carry out the purposes of a statute. Robinson v. Shell Oil Co.; 519 U.S. 337 (1997)

Prohibited Conduct
The most common claims are those against employers the defendants. These fall into two broad categories:

1.  Claims that the employer violated section 703(a)(1) by refusing to hire, otherwise discriminating "against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. 2000e -2(a) (1).

2.  Claims that an employer acted "to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or trend to deprive any individual of employment opportunities .... because of such individual's race, color, religion, sex, or national origin." 42 U.S.C. 2000e 2(a)(2).

Disparate Treatment
A disparate treatment claim may allege wrongful treatment of a single individual alleging that the employer defendants has engaged in a pattern and practice of discriminatory treatment.

The plaintiff's burden of proof in a disparate treatment case may be carried by showing direct discrimination

Remedies by the Authority of Federal District Court
*   Requesting Court-Appointed Counsel – I have sought legal counsel for the past 85 days and no one has taken case. But made the recommendation to file this case with this court.
*   An court injunction of the ruling by the City of Mill Creek, WA council conducted on February 6, 2018 and appointment the plaintiff to the vacant seat, with all back pay, benefits, and entitlements.
*   Exceed the amount from the Demand Letter Dated March 30, 2018 to 200,000 thousands dollars doubling each requested in the Demand Letter Dated March 30, 2018 and proof of tried to settle this matter with the City of Mill Creek, WA to no prevail.
*   Ensure the city fulfill it obligations to meet or exceed all the demands listed in the Demand letter dated March 30, 2018 and dated stamped by the City of Mill Creek, Washington proof of acknowledgement but disregarded the Demand Letter.
*   Requesting to be made whole immediately from the defendants City of Mill Creek – Council Members and City Manager.

Date _May 29, 2018_ Signature/ Printed Name _Herbie Martin_

_Herbie Martin_