# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HERBIE MARTIN,

  Plaintiff,

  v.

CITY OF MILL CREEK, *et al.*,

  Defendants.

NO. C18-0781RSL

ORDER FOR FURTHER BRIEFING

On April 10, 2019, the Court granted in part defendants' motion for summary judgment but found that defendants had not met their burden of showing that absolute legislative immunity barred plaintiff's § 1983 claim. Defendants filed a timely motion for reconsideration, arguing that the appointment or termination of a member of the legislative body in accordance with state law is a legislative act. Pursuant to LCR 7(h)(3), plaintiff may, if he chooses, file a response to the motion for reconsideration on or before May 14, 2019. Defendants' reply, if any, shall be filed no later than May 17th. The Clerk of Court is directed to re-note defendants' "Motion for Reconsideration" (Dkt. # 25) on the Court's calendar for May 17, 2019.

Dated this 2nd day of May, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING - 1