# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HERBIE MARTIN,

    Plaintiff,

v.

CITY OF MILL CREEK, *et al.*,

    Defendants.

NO. C18-0781RSL

ORDER GRANTING RECONSIDERATION AND DISMISSING CASE

On April 10, 2019, the Court granted in part defendants' motion for summary judgment but found that defendants had not met their burden of showing that absolute legislative immunity barred plaintiff's § 1983 claim. Defendants filed a timely motion for reconsideration, arguing that the appointment or termination of a member of the legislative body in accordance with state law is not an administrative personnel decision but rather a legislative act. Pursuant to LCR 7(h)(3), plaintiff was given an opportunity to respond to the motion for reconsideration. He has not done so.

Having reviewed defendants' arguments and the cases cited therein, the motion for reconsideration (Dkt. # 25) is hereby GRANTED. Because legislative immunity bars plaintiff's only remaining claim, this case is DISMISSED. Defendants' unopposed motion to certify issues

//

ORDER GRANTING RECONSIDERATION
AND DISMISSING CASE - 1

for interlocutory appeal (Dkt. #26) is DENIED as moot, as are their motions in limine (Dkt. # 28). The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

Dated this 23rd day of May, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING RECONSIDERATION
AND DISMISSING CASE - 2